UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

DANIEL R. BILLIMAN,

    Plaintiff,

v.                                                                                                Civ. No. 16-72 GJF

CAROLYN W. COLVIN, Acting
Commissioner of the Social Security
Administration,

    Defendant.

## SECOND ORDER EXTENDING BRIEFING SCHEDULE

THIS MATTER comes before the Court on Plaintiff's "2nd Unopposed Motion for Exten[s]ion of Time to File Briefs" ("Motion") [ECF No. 22]. Having reviewed the record and the Motion, and noting the concurrence of the parties, the Court finds the Motion should be **GRANTED.**

**IT IS THEREFORE ORDERED** that Plaintiff is granted through **September 30, 2016**, to file his Motion to Reverse or Remand Administrative Agency Decision with Supporting Memorandum.

**IT IS FURTHER ORDERED** that Defendant is granted through **November 29, 2016**, to file her Response, and Plaintiff through **December 13, 2016**, to file his Reply.

**IT IS SO ORDERED.**

_/s/ Gregory J. Fouratt_
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE

SUBMITTED BY:

*/s/ Feliz M. Martone*
Feliz M. Martone
MARTONE LAW FIRM
Attorneys for Plaintiff
111 Lomas Blvd. NW, Suite 500
Albuquerque, New Mexico   87102
Telephone:  (505) 883-1260

APPROVED BY:

*Email approval on 8/19/16*
Pamela Wood
Attorney for Defendant